1 Law Offices of Hadley & Fraulob
2 230 Fifth Street
Marysville, CA  95901
3 (530) 743-4458

4 JOSEPH FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alaina Marie Byers,<br><br>          Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>          Defendant. | Civil Action No: 2:20-cv-00001-DMC<br><br>**ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Monday June 8, 2020, to file the Motion for Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's first extension requested.

Dated:  05/07/2020                           / s / Joseph Fraulob
                                             Joseph Fraulob
                                             Attorney for Plaintiff

Dated:  05/07/2020                           / s / Chantal R. Jenkins
                                             Chantal R. Jenkins
                                             Special Assistant U.S. Attorney
                                             Attorney for Defendant

1  IT IS ORDERED.

3  Dated: May 14, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE