Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alaina Marie Byers,<br><br>   Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>   Defendant. | Civil Action No: 2:20-cv-00001-DMC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

 IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Wednesday, July 8, 2020, to file the Motion for Summary Judgment.

 IT IS HEREBY NOTED that this is plaintiff's second extension requested.

Dated:  06/08/2020                                  / s / Joseph Fraulob
                                                                    Joseph Fraulob
                                                                    Attorney for Plaintiff

Dated:  06/08/2020                                  / s / Chantal R. Jenkins
                                                                    Chantal R. Jenkins
                                                                    Special Assistant U.S. Attorney
                                                                    Attorney for Defendant

IT IS ORDERED.
Dated:  June 12, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE